**Affirmed and Memorandum Opinion filed August 23, 2016.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-01026-CR
## NO. 14-14-01027-CR

---

### CARLOS GALLEGOS-PIEDRA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 412th District Court**
**Brazoria County, Texas**
**Trial Court Cause Nos. 74807 & 73600**

---

## M E M O R A N D U M   O P I N I O N

A jury found appellant Carlos Gallegos-Piedra guilty of bribery (cause number 74807) and possession of a controlled substance (cause number 73600). Appellant's appointed counsel filed a brief in which he concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the

record and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807, 811–13 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant. Appellant was advised of his rights to view the record and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). Appellant received a copy of the record and filed a pro se response.

We have reviewed the record, counsel's brief, and appellant's pro se response carefully and agree the appeals are wholly frivolous and without merit. Further, we find no reversible error in the record. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, the judgment of the trial court is affirmed.


PER CURIAM


Panel consists of Justices Boyce, Busby, and Brown.
Do Not Publish — Tex. R. App. P. 47.2(b).